COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-225-CR

 

CHRISTOFER CLAYTON MILTON

A/K/A CHRISTOPHER CLAYTON
MILTON                                 APPELLANT

 

                                                   V.

THE
STATE OF TEXAS                                                                STATE

                                               ----------

        FROM CRIMINAL DISTRICT COURT NO. 3 OF
TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered
appellant=s AMotion To Dismiss Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure.  Tex. R.
App. P. 42.2(a).  No decision of this
court having been delivered before we received this motion, we grant the motion
and dismiss the appeal.  See Tex.
R. App. P. 42.2(a), 43.2(f).

PER CURIAM

 

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: September 10,
2009











[1]See Tex. R. App. P. 47.4.